Motion by The Becket Fund For Religious Liberty for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

NEW YORK STATE ASSOCIATION OF NURSE ANESTHETISTS, Respondent, v ANTONIA C. NOVELLO, as Commissioner of Health, et al., Appellants.

Submitted December 22, 2003; decided January 8, 2004

Motion by American Society of Anesthesiologists, et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed. Nineteen additional copies of the brief may be filed within 10 days.

In the Matter of NOTRE DAME LEASING, LLC, Respondent, v ALEXANDRA ROSARIO et al., Appellants.

Submitted December 29, 2003; decided January 8, 2004

Motion by Community Service Society of New York for leave to appear amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

MARIA N. PELAEZ et al., Appellants, v LAURA SEIDE et al., Defendants, and COUNTY OF PUTNAM et al., Respondents.

Submitted December 29, 2003; decided January 8, 2004

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

MARIA N. PELAEZ et al., Appellants, v LAURA SEIDE et al., Defendants, and COUNTY OF PUTNAM et al., Respondents.

Submitted December 22, 2003; decided January 8, 2004